

LAC
K6754

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. **25MJ3687-AHG** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1326 Deported Alien Found In The United States |
| Samuel VILLA Avalos, | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about July 2, 2025, within the Southern District of California, Samuel VILLA Avalos, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JULY 3, 2025.

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Samuel VILLA AVALOS

## PROBABLE CAUSE STATEMENT

On July 2, 2025, Border Patrol Agent J. Ewers was conducting assigned duties in the Brown Field Border Patrol Station's area of operations while wearing a rough duty Border Patrol uniform. At approximately 6:30 AM, Agent Ewers responded to an activation of a digital intrusion device, this area is known to Agents as "Mine Shaft" and is approximately four miles north of the United States-Mexico International Border and approximately six miles east of the Otay Mesa, California, Port of Entry.

Shortly after arriving, Agent Ewers discovered shoe prints and began to follow them until he encountered a group of individuals concealing themselves in thick brush. Agent Ewers identified himself as a Border Patrol Agent and conducted an immigration inspection. One individual was identified as defendant, Samuel VILLA Avalos, who admitted being a citizen of Mexico illegally present in the United States. At approximately 8:00 AM, Agent Ewers placed VILLA Avalos under arrest, this encounter occurred approximately five miles north of the United States/Mexico International Boundary and six miles east of the Otay Mesa, California Port of Entry.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on July 2, 2025, with an intended destination of Fresno, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 18, 2024, through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.