**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 25CR2961-DMS |
| --- | --- |
| Plaintiff, | 25MJ3687 |
| v. | **I N F O R M A T I O N** |
| SAMUEL VILLA AVALOS, | Title 8, U.S.C., Sec. 1325(a)(1) – Improper Entry by an Alien (Felony); Title 8, U.S.C., Sec. 1326(a) – Removed Alien Found in the United States (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about June 30, 2025, within the Southern District of California, defendant SAMUEL VILLA AVALOS, an alien, knowingly and intentionally entered the United States at a time and place other than as designated by immigration officers, and having previously committed the offense of illegal entry, as evidenced by his conviction for a violation of Title 8, United States Code, Section 1325; all in violation of Title 8, United States Code, Section 1325(a)(1), a felony.

Count 2

On or about July 2, 2025, within the Southern District of California, defendant SAMUEL VILLA AVALOS, an alien, who previously had been excluded, deported, and removed from the United States, was found in the United States, without the Attorney General of the United States

KSCH:sal:7/17/2025

1  and her designated successor, the Secretary of the Department of
2  Homeland Security (Title 6, United States Code, Sections 202(3) and
3  (4), and 557), having expressly consented to the defendant's
4  reapplication for admission to the United States, in violation of
5  Title 8, United States Code, Section 1326(a).

      DATED: July 25, 2025.

                                        ADAM GORDON
                                        United States Attorney

                                        *Kaley S. Chan*
                                        KALEY S. CHAN
                                        Assistant U.S. Attorney