# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 3:25-cr-02961-DMS-1 |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Samuel Villa Avalos | Booking No. 78814479 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/27/2025 the Court entered the following order:

| | |
|---|---|
| ☒ | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| ☒ | Defendant released on $10,000 P/S + 1 FRA + $1,000 cash deposit Bond posted. |
| | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for _____ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| | Other. |

MICHAEL S. BERG

UNITED STATES MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by M. Loza (619) 557-6695

Crim-9 (Rev. 05/20)
Original

 Outlook

## Read: 25cr2961; Abstract (Samuel Villa Avalos)

| | |
|---|---|
| **From** | Garcia, Melissa (USMS) on behalf of CAS Releases |
| **Date** | Wed 8/27/2025 9:09 AM |
| **To** | M Loza |

📎 1 attachment (87 KB)
Read: 25cr2961; Abstract (Samuel Villa Avalos);

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.