ADAM GORDON
United States Attorney
HENRY F. B. BESHAR
Assistant United States Attorney
District of Columbia Bar No. 90007286
Office of the United States Attorney
880 Front St., Room 6293
San Diego, CA 92101
(619) 546-9713
Henry.Beshar@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL VILLA AVALOS,<br><br>Defendant. | Case No.: 25-CR-2961-DMS<br><br>**UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**<br><br>The Hon. Dana M. Sabraw |

Per Fed. R. Crim. P. 48(a), the United States moves to dismiss the Information (ECF No. 18) against Defendant without prejudice. Dismissal is in the interests of justice due to Defendant's deportation from the United States following his release from custody (ECF Nos. 27, 28).

DATED: September 2, 2025            Respectfully submitted,

                                                              ADAM GORDON
                                                              United States Attorney

                                                              */s/ Henry F. B. Beshar*
                                                              HENRY F. B. BESHAR
                                                              Assistant United States Attorney

-1-