# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Samuel Villa Avalos,

    Defendant.

Case No. 3:25-cr-02961-DMS

JUDGMENT OF DISMISSAL

executed within DSM S&I
gement and Commitment on 09-04-2025
United States Marshal
Victoria Cervantes
Investigative Analyst
USMS Criminal Section

**FILED SEP 0 4 2025**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

    8:1325(a)(1) - Improper Entry by an Alien (Felony) (1)
    8:1326(a) - Removed Alien Found in the United States (Felony) (2)

Dated: 9/3/2025

Hon. Michael S. Berg
United States Magistrate Judge